IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DIANE S. VANN**, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-CV-340 (CAR) |
| | * |
| **OFFICE OF THE STATE TREASURER**, | * |
| Defendant. | * |

## J U D G M E N T

Pursuant to this Court's Order dated July 15, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 16th day of July, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk